IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSEPHA A. CAMPINHA-BACOTE d/b/a TRANSCULTURAL C.A.R.E. ASSOCIATES, Plaintiff, vs. DIANE TURNER, AN INDIVIDUAL AND DALLAS COUNTY, TEXAS, A GOVERNMENT ENTITY Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO. 3:13-CV-1195-G (ECF) |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANTS DALLAS COUNTY, TEXAS AND DIANE TURNER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the Plaintiff, Josepha Campinha-Bacote, d/b/a Transcultural C.A.R.E. Associates, by and through her counsel of record, and hereby files and give notice of this **STIPULATION OF DISMISSAL** of all claims and causes of action asserted herein against the Defendants Dallas County, Texas, and Diane Turner and the dismissal of the above entitled and numbered suit in its entirety with prejudice.

This **STIPULATION OF DISMISSAL** is made pursuant to Rule 41 (a)(1)(A) (ii), Federal Rules of Civil Procedure and Plaintiff is hereby dismissing all claims against the Defendants Dallas County, Texas, and Diane Turner in the above entitled and numbered suit in its entirety with prejudice.

SIGNED and SUBMITTED, and NOTICE GIVEN this 22nd day of October 2014.

By: /s/ Avonte Campinha-Bacote.
AVONTE CAMPINHA-BACOTE
CAMPINHA BACOTE LLC
Two Miranova Place, Ste. 500
Columbus, OH  43215

**Attorney for Plaintiff**
**Josepha Campinha-Bacote d/b/a**
**Transcultural C.A.R.E. Associates**

Approved as to Form and Content:

CRAIG WATKINS
DALLAS COUNTY DISTRICT ATTORNEY
DALLAS COUNTY, TEXAS

By: /s/ Peter L. Harlan
PETER L. HARLAN
Assistant District Attorney
Texas Bar No. 09011300
133 N. Riverfront Blvd., LB 19
Dallas, Texas  75207
pharlan@dallascounty.org
(214) 653-3691
(214) 653-2899 (Fax)

**Attorneys for Defendants**
**Dallas County, Texas and Diane Turner**

*Stipulation of Dismissal – Page 2 of 3*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Stipulation of Dismissal with Prejudice was filed electronically in compliance with Local Rule CV-5(a).  As such this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A).

/s/ Avonte Campinha-Bacote_____
AVONTE CAMPINHA-BACOTE